# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-3514

———————————————

Mario Bailey, individually and on behalf of all others similarly situated

*Plaintiff - Appellant*

v.

New Age Distributing Inc.

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

——————————

Submitted: September 28, 2020
Filed: October 1, 2020
[Unpublished]

——————————

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

In this collective and class action under the Fair Labor Standards Act and the Arkansas Minimum Wage Act, Mario Bailey appeals the district court's[1] adverse

---

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

grant of summary judgment in favor of his former employer. Having carefully reviewed the record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Carmody v. Kansas City Bd. of Police Comm'rs*, 713 F.3d 401, 404 (8th Cir. 2013) (reviewing de novo grant of summary judgment). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

_____